Prudence Mutual Casualty Company, a Corporation, Appellant, v. William W. Dunn, Billie Joe Lindsey and Richard Gudz, Appellees.

Gen. No. 48,276.

First District, First Division.

June 5, 1961.

Epton, Scott, McCarthy & Bohling (Bernard E. Epton and Alfred S. Druth, of counsel) for appellant; Warren J. Hickey for defendant-appellee Richard Gudz, and Lawrence L. Kotin (Gerald M. Chapman of counsel) for defendant-appellee William W. Dunn. Opinion by JUSTICE MURPHY. Not to be published in full.